IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA LEONE | : | *Civil Action* |
| | : | |
| v. | : | Case No.: 1:18-cv-00796-CCC |
| | : | |
| STATE FARM MUTUAL | : | Hon. Christopher C. Conner |
| AUTOMOBILE INSURANCE | : | |
| COMPANY | : | |

### STIPULATION TO DISMISS

NOW COME, Plaintiff Tamara Leone and Defendant State Farm Mutual Automobile Insurance Company, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the dismissal of the above-captioned action, in its entirety.

LOWENTHAL & ABRAMS, PC                FORRY ULLMAN

_____       _____
DENNIS M. ABRAMS, ESQUIRE             CHRISTIN L. KOCHEL, ESQUIRE
Attorneys for Plaintiff               Attorneys for Defendant